UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND STEVENSON,<br><br>                Plaintiff,<br><br>   v.<br><br>VERIZON WIRELESS SERVICES, LLC.,<br><br>                Defendant. | NO: 2:18-CV-0196-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal of all Claims with Prejudice (ECF No. 10). The parties have stipulated to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), and without costs and/or attorney's fees to any party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) and the parties' stipulation, all claims between Plaintiff and Defendant in this action are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 21, 2018.



THOMAS O. RICE
Chief United States District Judge